United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,

    Plaintiff,

    v.

PEOPLE OF THE UNITED STATES,

    Defendant.
                                       /

No. C 07-5038 SI (pr)

**ORDER OF DISMISSAL**

    Plaintiff filed this action to appeal a decision of the California Supreme Court to deny his petition for review in People v. Rosenbalm, Cal. S. Ct. No. S156073. Federal district courts are courts of original jurisdiction and may not review the final determinations of a state court. See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482-86 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923) (district courts may not exercise appellate jurisdiction over state courts). The Rooker-Feldman doctrine essentially bars federal district courts "from exercising subject matter jurisdiction over a suit that is a de facto appeal from a state court judgment." Kougasian v. TMSL, Inc., 359 F.3d 1136, 1139 (9th Cir. 2004). Inasmuch as plaintiff clearly is trying to appeal the state court decision, this action must be dismissed for lack of subject matter jurisdiction. Plaintiff's in forma pauperis application is DENIED. (Docket # 3.) The clerk shall close the file.

    IT IS SO ORDERED.

Dated: December 17, 2007

                                        _____
                                        SUSAN ILLSTON
                                        United States District Judge